Submitted on remand from the Oregon Supreme Court June 19, affirmed August 15, appellant's petition for reconsideration filed August 16 allowed by opinion October 31, 2001
See 177 Or App 530 (2001)

GILBERT C. BROWN,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

96C-13583; A100035

31 P3d 453

Harrison Latto argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Affirmed. *Weidner v. Armenakis,* 154 Or App 12, 959 P2d 623 (1998), *withdrawn by order* July 13, 1998, *reasoning reaffirmed and readopted in Merrill v. Johnson,* 155 Or App 295, 964 P2d 284, *rev den* 328 Or 40 (1998).